**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Richard Andert Robins v. Commission for Lawyer Discipline
d/b/a Texas Bar a/k/a State Bar of Texas

Appellate case number:    01-19-00011-CV

Trial court case number:   2018-46488

Trial court:               61st District Court of Harris County

Appellant, Richard Andert Robins, has filed a second motion to extend time to March 16, 2021, to file a motion for en banc reconsideration. Appellant's motion is **granted in part**. Appellant is **ordered** to file a motion for en banc reconsideration, if any, no later than **seven days from the date of this order.**

**No further extensions will be granted.**

It is so ORDERED.

Judge's signature:   _/s/  Sherry Radack_

                         ☑ Acting individually    ☐ Acting for the Court

Date: _February 18, 2021_